Prepared by:
MICHAEL F. HERTZ
Deputy Assistant Attorney General
Civil Division
TIMOTHY P. GARREN
Director, Torts Branch
Civil Division
ANDREA W. McCARTHY
Senior Trial Counsel
Civil Division, Torts Branch
JEREMY S. BRUMBELOW
Trial Attorney, Torts Branch
ANDREW D. SILVERMAN
Cal. Bar No. 246539
Trial Attorney, Torts Branch
Civil Division
United States Department of Justice
    P.O. Box 7146
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 616-4326
    Andrew.Silverman@usdoj.gov

Attorneys for the Federal Defendants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mohammad Mirmehdi, *et al.*, | No. 2:06-cv-05055-R (PJWx) |
| Plaintiffs, | **FINAL JUDGMENT** |
| v. | |
| John Ashcroft, *et al.*, | |
| Defendants. | |

1    Based on (1) this Court's prior order dismissing with prejudice certain
2 claims against the Federal Defendants, <u>see</u> Doc. 89; (2) the parties' stipulation
3 under Fed. R. Civ. P. 41(a)(2) requesting dismissal with prejudice of all the
4 remaining claims for relief (specifically, the remaining portion of the Sixth Claim
5 for Relief (Negligence) in the Second Amended Complaint against Defendant
6 United States and the Fifth Claim for Relief (Excessive Force) in the Second
7 Amended Complaint against Defendant Mario Lopez) and all claims for relief that
8 had been previously dismissed without prejudice (specifically, the previously-
9 dismissed (without prejudice) portion of the Sixth Claim for Relief (Negligence) in
10 the Second Amended Complaint against Defendant United States and the Seventh
11 Claim for Relief (Assault and Battery) in the Second Amended Complaint against
12 Defendant United States), <u>see</u> Doc. 120; and (3) this Court's order approving said
13 stipulation such that all claims for relief contained in any pleading in this matter
14 against any Federal Defendant have been dismissed with prejudice, this Court
15 hereby ENTERS JUDGMENT in this action, in accordance with Fed. R. Civ. P.
16 54(a) and Fed. R. Civ. P. 58, in favor of all the Federal Defendants and against
17 Plaintiffs.

20   Dated:  __May 26, 2009__        _____
21                                  United States District Judge